UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEYDOUN FOODS, INC.,

    Plaintiff,

vs.

Case No. 12-CV-12558
HON. GEORGE CARAM STEEH

7-ELEVEN, INC.,

    Defendant.
_____/

### ORDER APPROVING BILL OF COSTS [DOC. 31]

This matter is before the court on defendant 7-Eleven's bill of costs filed in connection with its motion for sanctions. The motion for sanctions was granted by the court on October 4, 2011, and defendant was ordered to file its bill of costs. Attorneys fees are documented in the amount of $700 for drafting the motion and brief for sanctions/default and for reviewing the file regarding the status of plaintiff's answer. The court has reviewed the bill of costs and seeing that it is in order, hereby GRANTS the requested attorneys fees. Now, therefore,

IT IS HEREBY ORDERED that defendants' second bill of costs is APPROVED.

IT IS HEREBY FURTHER ORDERED that plaintiff pay defendant the amount of $700, representing attorneys fees incurred in the filing of the motion to compel, within seven days of entry of this order.

SO ORDERED.

Dated: October 29, 2013

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 29, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk