UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEYDOUN FOODS, INC.,
      Plaintiff/Counter-Defendant,

Case No. 12-cv-12558
Hon. George Caram Steeh
Mag. Judge Mona K. Majzoub

-vs.-

7-ELEVEN, INC.,

      Defendant/Counter-Plaintiff.

---

Thomas H. Stidham (P56504)
3420 Cass Ave., Suite 104
Detroit, MI 48201
(248) 303-0306
tsstidham@hotmail.com
*Attorney for Plaintiff*

Irene Bruce Hathaway (P32198)
Colin M. Battersby (P71283)
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
(313) 963-6420
hathawayi@millercanfield.com
*Attorneys for Defendant*

---

## JUDGMENT

This matter having come before this court at a scheduled hearing to assess damages and a witness having been sworn and testified and several supporting exhibits admitted and this court being fully advised:

NOW THEREFORE IT IS HEREBY ORDERED:

1.    A Judgment in the amount of $254,514.16 is hereby entered in favor of 7-Eleven, Inc. against Beydoun Foods, Incorporated.

1

2. Sanctions of $2500 are awarded in favor of 7-Eleven, Inc. and against Beydoun Foods, Incorporated. Said amount is inclusive of previously ordered but unpaid sanctions.

By: _____
Hon. George Caram Steeh
U.S. District Court Judge

Dated: **MAR 3 1 2014**
Detroit, Michigan.